Jonathan Ricasa (SBN 223550)
jricasa@ricasalaw.com
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Boulevard, Suite 7
Los Angeles, California 90064
Telephone: (424) 248-0510
Facsimile: (424) 204-0652

**JS-6**

Attorney for Plaintiff Carlos Clifton

Mark A. Romeo (SBN 173007)
mromeo@crowell.com
Wendy Sugg (SBN 223335)
wsugg@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorney for Defendant AT&T Mobility Services, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CLIFTON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY SERVICES, LLC, and DOE ONE through and including DOE ONE HUNDRED,<br><br>            Defendants. | Case No. 5:11-cv-00904 VAP (OPx)<br><br>**ORDER OF DISMISSAL**<br><br>Hon. Virginia A. Phillips<br>Courtroom 2<br><br>Complaint Filed: May 5, 2011<br>Trial Date: None |

1  Pursuant to stipulation by and between Plaintiff Carlos Clifton and Defendant
2  AT&T Mobility Services, LLC, through their designated counsel, the above-captioned
3  action is dismissed in its entirety pursuant to Federal Rule of Civil procedure 41(a)(1),
4  with prejudice.

5  IT IS SO ORDERED.

6
7  Dated: April 5, 2012

_____
Hon. Virginia A. Phillips
United States District Court Judge